1

2

3        JS 6

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   RODNEY ROUZAN,                    )        Case No.: CV 12-6604 DSF (JEMx)
                                        )
12              Plaintiff,             )
                                        )
13        vs.                          )        JUDGMENT
                                        )
14   BANK OF AMERICA, N.A., et al.,    )
                                        )
15              Defendants.            )
                                        )
16   _____     )

17

18        The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having

19   ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of

20   opposition to a motion to dismiss,

21   IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action

22   be dismissed without prejudice, and that defendants recover their costs of suit

23   pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

24                        11/9/12
     Dated: _____        _____
25                                              Dale S. Fischer
                                           United States District Judge
26

27

28